JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY PEREZ; JACOB SOLARZANO, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF SAN BERNARDINO; a Governmental entity; SAN BERNARDINO POLICE DEPARTMENT, a governmental Entity; AUSTIN SHANK; EDGAR CHAVEZ; LANIER ROGERS; DOE SAN BERNARDINO POLICE OFFICERS 1 to 25; and DOES 26 to 50 inclusive. <br><br> Defendants. | Case No.: 5:23-cv-02214-JVS-KK <br><br> **ORDER DISMISSING FEDERAL CLAIM AND REMANDING MATTER BACK TO STATE COURT [10]** <br><br> *[Stipulation submitted Concurrently Herewith]* <br><br> TRIAL DATE: None Set <br><br><br> **Matter for Determination by the Honorable James V. Selna** |

Upon consideration of the parties' stipulation, it is hereby ordered as follows:

    1.    Plaintiffs' claims under 42 U.S.C. § 1983, for excessive force under the Fourth Amendment to the United States Constitution, is hereby dismissed with prejudice.  Accordingly, no federal questions remain and there is no basis for supplemental jurisdiction over the remaining state law claims;

2. This matter is remanded back to the Superior Court of California, County of San Bernardino for further proceedings; and

3. Each party shall bear their own fees and costs with respect to the removal and subsequent remand of this matter, and that Defendants shall not claim costs or fees as a prevailing party on the Federal Claim.

**IT IS SO ORDERED.**

Dated: January 02, 2024    By_____
                               Honorable James V. Selna
                               United States District Judge